IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR365 |
| | ) | |
| v. | ) | |
| | ) | |
| TONY A. JOHNSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to reduce sentence (Filing No. 45), and the stipulation of the parties (Filing No. 46). Pursuant to the retroactive amendment to the cocaine base guidelines, the defendant's final offense level is reduced from 35 to 34. His criminal history category is VI. The government and defense agree that his sentence should be reduced to eighty-seven (87) months imprisonment, considering the prior computation of specific offense characteristics, adjustments, and departures. Accordingly,

IT IS ORDERED:

1) Said motion to reduce sentence is granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to eighty-seven (87) months.

      2)   The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

      DATED this 26th day of August, 2008.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                      LYLE E. STROM, Senior Judge
                      United States District Court